Matter of Koschwitz (2026 NY Slip Op 01271)

Matter of Koschwitz

2026 NY Slip Op 01271

Decided on March 5, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:March 5, 2026

PM-39-26
[*1]In the Matter of Scott Norman Koschwitz, an Attorney. (Attorney Registration No. 3042447.)

Calendar Date:March 2, 2026

Before:Clark, J.P., Ceresia, Fisher, Powers and Corcoran, JJ.

Scott Norman Koschwitz, Milford, Connecticut, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Scott Norman Koschwitz was admitted to practice by this Court in 2000 and lists a business address in Hartford, Connecticut with the Office of Court Administration. Koschwitz now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Koschwitz's application.
Upon reading Koschwitz's affidavit sworn to January 15, 2026 and filed January 20, 2026, and upon reading the February 25, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Koschwitz is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Clark, J.P., Ceresia, Fisher, Powers and Corcoran, JJ., concur.
ORDERED that Scott Norman Koschwitz's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Scott Norman Koschwitz's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Scott Norman Koschwitz is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Koschwitz is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Scott Norman Koschwitz shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.